```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18637
   MARK J DICKINSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7607


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/10/2005 and was confirmed 07/18/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  65.22%.

      The case was dismissed after confirmation 07/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG   18307.58            .00         18307.58
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    2539.46            .00            57.01
CENTRIX FINANCIAL        SECURED         16795.00         293.91           281.25
CENTRIX FINANCIAL        SPECIAL CLASS    3907.30            .00             .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED           .00             .00
D PATRICK MULLARKEY      NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED           .00             .00
US ATTORNEYS OFFICE      NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE PRIORITY          279.00            .00             .00
D PATRICK MULLARKEY      NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE UNSECURED          18.09            .00             .00
US ATTORNEYS OFFICE      NOTICE ONLY     NOT FILED           .00             .00
AT & T WIRELESS          UNSECURED         565.63            .00             .00
BUREAU OF COLLECTION REC NOTICE ONLY     NOT FILED           .00             .00
GC SERVICES DATA CONTROL NOTICE ONLY     NOT FILED           .00             .00
CHARTER ONE BANK         UNSECURED       NOT FILED           .00             .00
CHRIST HOSPITAL          UNSECURED       NOT FILED           .00             .00
ILLINOIS COLLECTION SERV NOTICE ONLY     NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS    NOTICE ONLY     NOT FILED           .00             .00
AT & T WIRELESS          UNSECURED         437.42            .00             .00
NCO FINANCIAL SYSTEMS    NOTICE ONLY     NOT FILED           .00             .00
CITY OF CHICAGO PARKING  UNSECURED         1180.00           .00             .00
FINGERHUT                UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM NOTICE ONLY     NOT FILED           .00             .00
PREMIER BANCARD CHARTER  UNSECURED          406.29           .00             .00
ENCORE RECEIVABLES       NOTICE ONLY     NOT FILED           .00             .00
FORD MOTOR CREDIT        SPECIAL CLASS   NOT FILED           .00             .00
FORD MOTOR CREDIT        NOTICE ONLY     NOT FILED           .00             .00
SHERMAN & SHERMAN        NOTICE ONLY     NOT FILED           .00             .00
IL DEPT OF HUMAN SERV CO UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL INC        NOTICE ONLY     NOT FILED           .00             .00
ILLINOIS RETINA ASSOC    UNSECURED       NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 18637 MARK J DICKINSON
```

```
LITTLE CO MARY HOSPITAL   UNSECURED      NOT FILED              .00              .00
ILLINOIS COLLECTION SERV  NOTICE ONLY    NOT FILED              .00              .00
SPRINT                    UNSECURED      NOT FILED              .00              .00
SYSTEMS & SERVICES TECH   SPECIAL CLASS   9641.97               .00              .00
TIMOTHY K LIOU            DEBTOR ATTY    1,709.20                          1,709.20
TOM VAUGHN                TRUSTEE                                          1,073.05
DEBTOR REFUND             REFUND                                                 .00

        Summary of Receipts and Disbursements:
        ----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
        ----------------------------------------------------------------------
TRUSTEE                 21,722.00

PRIORITY                                           .00
SECURED                                      18,645.84
    INTEREST                                    293.91
UNSECURED                                          .00
ADMINISTRATIVE                                1,709.20
TRUSTEE COMPENSATION                          1,073.05
DEBTOR REFUND                                      .00
                        ---------------     ---------------
TOTALS                  21,722.00            21,722.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/18/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE